Deborah B. Baker-Egozi (SBN 266141)
**LIPSCOMB, EISENBERG & BAKER, PL**
2 South Biscayne Boulevard
Penthouse 3800
Miami, Florida 33131
Telephone:  (786) 431-2228
Facsimile:  (786) 431-2229
Email: dbaker@lebfirm.com

Attorneys for
*MyBusinessLoan.com, LLC d/b/a Dealstruck*

### UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYBUSINESSLOAN.COM, LLC d/b/a DEALSTRUCK, INC.<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN ROOFING, INC. d/b/a DRURY BROS. ROOFING, DRURY BROS ROOFING DENVER, INC., GEORGE DON DRURY, REIMAN CORP., AND IRET PROPERTIES,<br><br>Defendants. | CASE NO. 15-CV-1770-BAS-BGS<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF ALL DEFENDANTS**<br><br>Action Filed: August 11, 2015 |

Plaintiff, MyBusinessLoan.com, LLC d/b/a Dealstruck, Inc. ("Plaintiff"), hereby voluntarily dismisses Defendants, American Roofing, Inc. d/b/a Drury Bros. Roofing, Drury Bros Roofing Denver, Inc., George Don Drury, Reiman Corporation and Iret Properties (collectively "Defendants") <u>without prejudice</u> from this action.  Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Defendants have neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: September 11, 2015

Respectfully submitted,

By:   /s/ *Deborah B. Baker-Egozi*
Deborah B. Baker-Egozi (SBN 266141)
**LIPSCOMB, EISENBERG & BAKER, PL**
2 South Biscayne Boulevard
Penthouse 3800
Miami, Florida 33131
Telephone:  (786) 431-2228
Facsimile:  (786) 431-2229
Email: dbaker@lebfirm.com
*Attorneys for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 11th day of September, 2015, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF and on all of those parities receiving electronic notification via the Court's CM/ECF electronic filing.

By:   /s/ *Deborah B. Baker-Egozi*
Deborah B. Baker-Egozi (SBN 266141)